CLOSED, CV

# U.S. District Court
# District of Minnesota (DMN)
# CIVIL DOCKET FOR CASE #: 0:08−cv−01169−ADM−JJK

Gault v. Davol, Inc. et al DO NOT DOCKET. CASE HAS BEEN TRANSFERRED OUT. .
Assigned to: Judge Ann D. Montgomery
Referred to: Magistrate Judge Jeffrey J. Keyes
Cause: 28:1332−pip−Diversity−Personal Injury, Product Liability

Date Filed: 04/28/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donnie R Gault**

represented by **Charles H Johnson**
Charles H Johnson &Associates, PA
2599 Mississippi St
New Brighton, MN 55112
651−633−5685
Fax: 651−633−4442
Email: johnsonbarbara5@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.**

**Defendant**

**C. R. Bard, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 | 1 | COMPLAINT against all defendants ( Filing fee $ 350 receipt number 40023273.) assigned to Judge Ann D Montgomery per Master List and referred to Magistrate Judge Arthur J Boylan, filed by Donnie R Gault. (Attachments: # 1 Civil Cover Sheet) (kt) (Entered: 04/29/2008) |
| 04/28/2008 | 2 | DOCUMENT FILED IN ERROR: DUPLICATE ENTRY. COMPLAINT against Davol, Inc., C. R. Bard, Inc. ( Filing fee $ 350 receipt number 40023273.) assigned to Judge Ann D Montgomery per Master List and referred to Magistrate Judge Arthur J Boylan, filed by Donnie R Gault. (Attachments: # 1 Civil Cover Sheet) (kt) Modified on 4/29/2008 (kt). (Entered: 04/29/2008) |
| 04/28/2008 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc.. (kt) (Entered: 04/29/2008) |
| 05/14/2008 | 3 | REQUEST FOR WAIVER of Service sent to ckp.filings@crbard.com (address for service of process) on 05−14−2008 by Donnie R Gault. Waiver of Service due by 6/16/2008. (Attachments: # 1 Attached Waiver Form (awaiting Defendants' return of waiver))(Johnson, Charles) (Entered: 05/14/2008) |
| 05/21/2008 | 4 | WAIVER OF SERVICE Returned Executed filed by Donnie R Gault. Davol, Inc. waiver sent on 5/14/2008, answer due 7/14/2008; C. R. Bard, Inc. waiver sent on 5/14/2008, answer due 7/14/2008. (Attachments: # 1 Certificate of Service)(Johnson, Charles) (Entered: 05/21/2008) |

| | | |
|---|---|---|
| 05/29/2008 | İ 5 | TEXT−ONLY ENTRY. CLERK'S NOTICE OF REASSIGNMENT OF MAGISTRATE JUDGE. The Clerk of Court is directed to reassign the Magistrate Judge in this case. Case is reassigned to Magistrate Judge Jeffrey J. Keyes for all further proceedings. Magistrate Judge Arthur J. Boylan no longer assigned to the case. In addition, any proceedings currently scheduled before the transferring Magistrate Judge will proceed in front of that Judge, unless directed otherwise. Please contact Jackie Phipps, at (612) 664−5470, for scheduling or other matters related to Magistrate Judge Keyes. **NOTE:** the new case number is **08cv1169 ADM/JJK**. Please use this case number for all subsequent pleadings. (JME) (Entered: 05/29/2008) |
| 06/20/2008 | İ 6 | Certified Copy of Transfer Order (CTO−20) from the Judicial Panel on Multi−District Litigation; transferring case to the District of Rhode Island for coordinated or consolidated pretrial proceedings. Case assigned to Judge Mary M Lisi. (kt) (Entered: 07/01/2008) |